# EXHIBIT 2

Begin forwarded message:
From: Michael Levine <ml@levlaw.org>
Date: March 16, 2017 at 11:18:09 AM EDT
To: Michael Levine <ml@levlaw.org>
Subject: RE: Antiquorum USA, Inc.
Dear Sir:

As I previously advised you, the undersigned is counsel to Antiquorum USA, Inc. I also previously advised you that, although our client does not dispute the validity of the sum owed to you (as set forth in my initial e-mail to you), internal issues with a contractual investor had made it impossible to tender those funds at this time. We are advised by our client that it has been vigorously pursuing a resolution of that issue but has, thus far, been unsuccessful. Our client intends to continue to attempt to resolve the issue over this coming weekend but has advised us that it intends to seek judicial intervention on Monday if that does not occur. I appreciate your

patience, and hopefully our client will be able to work this out short of judicial intervention, but that is not by any means a certainty at this point.

Mike Levine

Levine & Associates, P.C.
Attorneys-at-Law
15 Barclay Road
Scarsdale, NY 10583
Telephone (914) 600-4288
Fax (914) 725-4778
Cell (917) 855-6453

From: Michael Levine
Sent: Friday, March 10, 2017 4:53 PM
To: Michael Levine <ml@levlaw.org>
Subject: Antiquorum USA, Inc.

I told you that we expected to either have a resolution, or to seek judicial intervention, by the end of this week. We have now been advised by our client that negotiations have not yet resulted in a resolution, but that it intends to continue to negotiate over the weekend. I have, consequently, been instructed to take no judicial action until at least Monday of next week. I am advised by the client that I should have a further update for you by Monday or Tuesday.

Mike Levine

Levine & Associates, P.C.
Attorneys-at-Law
15 Barclay Road
Scarsdale, NY 10583
Telephone (914) 600-4288
Fax (914) 725-4778
Cell (917) 855-6453