# EXHIBIT 3

Begin forwarded message:
From: "Saori Omura (Antiquorum)" <saori@antiquorum.com>
Date: February 10, 2017 at 3:15:41 PM EST
To: Andrew Woods <awoods1962@gmail.com>
Subject: Re: Patek 5213
Dear Mr. Woods,

I will check with my colleague and our Management/Accounting Team regarding the timing and will keep you posted.

In the meantime, please enjoy the nice weather down in Florida!

Best,

Saori


On Feb 10, 2017, at 2:57 PM, Andrew Woods <awoods1962@gmail.com> wrote:

Thanks, Saori. I appreciate you letting me know about the purchase. I need to receive the funds by COB February 17.   Would you please assist in completing the transaction? I appreciate it.

Have a nice weekend!

Best,


Andrew

Andrew L. Woods
(443) 253-4662 phone
awoods1962@gmail.com

On Feb 10, 2017, at 12:34 PM. Saori Omura (Antiquorum) <saori@antiquorum.com> wrote:
Dear Mr. Woods.

I envy you in sunny Florida! It's a bit tricky getting around the streets here today.

In any event, I finally got confirmation that we sold the watch to a client from China and he is scheduled to make a trip over to Hong Kong to settle the payment next week. The net amount to you will be $300,000 and we will forward you the statement very shortly.

I am very sorry it took a lot of back and forth and my colleague also wanted to apologize for the delay of this confirmation as well.

Best,

Saori

On Feb 9, 2017, at 2:24 PM, Andrew Woods <awoods1962@gmail.com> wrote:

Thanks, Saori.  Stay warm and safe in the storm.  I'm in Florida where it's 80 and sunny!

I would appreciate it if you could confirm whether my Patek 5213 has sold with your colleague by COB tomorrow.  My Miami watch dealer has found a buyer for the watch so I'm anxious to hear if your colleague has had any success.

Thanks again.  I look forward to hearing from you tomorrow.

Best,


Andrew


Andrew L. Woods
(443) 253-4662 phone
awoods1962@gmail.com

On Feb 9, 2017, at 11:40 AM, Saori <saori@antiquorum.com> wrote:
Dear Mr. Woods,

I'm very sorry but I did not hear back from my colleague yet… But I will try again tomorrow.

Our office is closed today due to the snow storm in area, but I hope you were not greatly affected by the weather down in DC as much.

Stay warm and will be touch again soon.

Saori
On Feb 8, 2017, at 6:57 PM, Andrew Woods <awoods1962@gmail.com> wrote:

Thanks!


Andrew


Andrew L. Woods
(443) 253-4662 phone
awoods1962@gmail.com

On Feb 8, 2017, at 6:25 PM, Saori Omura (Antiquorum) <saori@antiquorum.com> wrote:
I want to double-check with my colleague just to make sure, so I will get back to you tomorrow.

Hope you have a nice evening -

Best,

Saori

On Feb 8, 2017, at 1:14 PM, Andrew Woods <awoods1962@gmail.com> wrote:

Thanks, Saori. How much would my net payment be if your colleague's sale goes through and how soon would I receive a wire payment in the full amount?

Thanks again


Andrew


Andrew L. Woods
(443) 253-4662 phone
awoods1962@gmail.com

On Feb 8, 2017, at 10:31 AM, Saori Omura (Antiquorum) <saori@antiquorum.com> wrote:
Good morning, Mr. Woods.

I have been pressing my colleague, and looks like we may actually sell the piece. So could you give me another day to get a final confirmation from her ?

Best,

Saori

On Feb 7, 2017, at 5:48 PM, Andrew Woods <awoods1962@gmail.com> wrote:

Hi Saori,

Any word on my Patek 5213?   I have an interest from a Miami dealer who has offered to sell the watch for me.  Please let me know if it is still unsold.

Thanks very much.

Best,


Andrew


Andrew L. Woods
(443) 253-4662 phone
awoods1962@gmail.com

On Feb 1, 2017, at 12:20 PM, Saori Omura (Antiquorum) <saori@antiquorum.com> wrote:
Dear Mr. Woods,

I apologize for not updating you earlier.

The latest news is that the first client who showed interest did not give us a concrete answer. So in the meantime, we are now speaking to the 2nd client who might be interested.

This week coincides with the Chinese New Year and our Hong Kong office is closed for the week.  Therefore, my goal is to get another status update next week when my colleague is back at work.

I will definitely let you know when I speak to my colleague next week.

Best,

Saori


On Feb 1, 2017, at 7:17 AM, Andrew Woods <awoods1962@gmail.com> wrote:

Hi Saori,

Hope you are well.   Any update on the status of my 5213 Patek?   Is the Hong Kong buyer going to take the watch at $300,000?

Thanks very much.

Best,


Andrew


Andrew L. Woods
(443) 253-4662 phone
awoods1962@gmail.com

On Jan 13, 2017, at 7:48 PM, Saori Omura (Antiquorum) <saori@antiquorum.com> wrote:
Dear Mr. Woods,

This matter has been on my mind for awhile now and I have been practically asking my colleague every day about it and I also emphasized that we can't keep on asking you, the seller, to wait forever for an answer either. So I really pushed hard earlier today to have my colleague to get an answer from her client in the next few days.

Again, I'm very sorry for the ongoing wait. My goal is to have an answer for you next week, so we do not drag this on.

In the meantime, hope you have a nice weekend and please stay warm.

Saori

On Jan 13, 2017, at 4:18 PM, Andrew Woods <awoods1962@gmail.com> wrote:

Hi Saori,

Just checking on my Patek 5213.  Did the client make a decision?

Thanks.  Have a nice weekend.

Best,


Andrew

Andrew L. Woods
(443) 253-4662 phone
awoods1962@gmail.com

Begin forwarded message:
From: "Saori Omura (Antiquorum)" <saori@antiquorum.com>
Date: March 9, 2017 at 5:26:06 PM EST
To: Andrew Woods <awoods1962@gmail.com>
Subject: Re: PP 5213
Dear Mr. Woods,

It is my understanding that the watch was sold, and as Ming had mentioned last week, I was under the impression that the funds were being transferred. In order for me to find out further, I am waiting to hear back from Management.

I have spoken to our CEO today that it is absolutely important to take care of your payment as soon as possible. But now that our lawyer is involved, further payment-related communication may come from him before I find out.

I will keep you updated.

Sincerely,

Saori


On Mar 8, 2017, at 12:13 PM, Andrew Woods <awoods1962@gmail.com> wrote:

Thanks, Saori. Was my Patek 5213 ever sold? Did the buyer take possession? Was the full payment made to your company? I cannot get anyone to answer these questions. Please help me if you can.

Thanks.

Andrew

Andrew L. Woods
(443) 253-4662 phone
awoods1962@gmail.com

On Mar 6, 2017, at 5:56 PM, Saori Omura (Antiquorum) <saori@antiquorum.com> wrote:
Dear Mr. Woods,

I am very sorry for this extensive delay. I was notified earlier in the afternoon today by our Accounting Department that there was an additional delay in getting the funds to you and that our attorney had contacted you regarding the delay. It was completely an unexpected turn of events since I was also informed that the payment was planned for last week.

You have always been very understanding and patient with us, so I feel terrible that we could not deliver the payment last week, but I will continue to see with our Accounting/Management and our attorney to get the funds to you as soon as possible.

Sincerely,

Saori


On Mar 3, 2017, at 11:59 AM, Andrew Woods <awoods1962@gmail.com> wrote:

Ming:

I just tried to call you.  Please call me at 443 2534662 today.  Thank you.


Andrew

Andrew L. Woods
(443) 253-4662 phone
awoods1962@gmail.com

On Mar 3, 2017, at 11:47 AM, Michelle Kwok <ming@antiquorum.com> wrote:
Dear Mr. Woods,

I deeply apologize that due to an unexpected issue, we are not able to send you the wire today. As you are our very important client, I submitted your information to the upper management and someone from higher management team will contact you directly the latest next Monday. I apologize again for all the inconvenience cause you. If there are anything I am able to assist with, please do not hesitate to let me know.


Best regards,

Ming Kwok

ming@antiquorum.com
Antiquorum USA, Inc.
805 Third Avenue, Suite 1030
New York, NY 10022
Phone: (212)750-1103


On Mar 2, 2017, at 6:16 PM, Andrew Woods <awoods1962@gmail.com> wrote:

Ok.  Thanks very much.


Andrew


Andrew L. Woods
(443) 253-4662 phone
awoods1962@gmail.com

On Mar 2, 2017, at 5:44 PM, Michelle Kwok <ming@antiquorum.com> wrote:
Dear Mr. Woods,

Sorry for replying late. I am told that the fund is coming from HK and we should be able to send you the wire for $150,000 tomorrow. I will confirm with you tomorrow morning.

Hope you have a good evening,

Best regards,

Ming Kwok
ming@antiquorum.com
Antiquorum USA, Inc.
805 Third Avenue, Suite 1030
New York, NY 10022
Phone: (212)750-1103



On Mar 2, 2017, at 10:13 AM, Andrew Woods <awoods1962@gmail.com> wrote:

Good morning Ming, Michelle and Saori.

According to your email below, at least some of the funds for my Patek 5213 should have been paid by now.   Could you please wire me the first half payment of $150,000 by COB tomorrow?

Please advise.

Thank you very much.

3

Andrew


Andrew L. Woods
(443) 253-4662 phone
awoods1962@gmail.com

On Feb 16, 2017, at 10:26 AM, Michelle Kwok <ming@antiquorum.com> wrote:
Dear Mr. Woods,

Hope all is well with you.

I called my colleague in ShangHai last night and have been told that they will start transferring the funds to Hong Kong next week, expecting the full amount to be available in about three weeks to us in New York.  Saori and I will keep following up with our Hong Kong and ShangHai office and will try to expedite the fund transfer, and will keep you posted for any updates.

I am very sorry for all the inconvenience cause you.  We really appreciate your trust and continued business with Antiquorum. If there are any questions or anything we are able to assist with, please do not hesitate to let Saori and/or me know, we will try our best to do anything we can for you.

Best regards,

Ming Kwok
ming@antiquorum.com
Antiquorum USA, Inc.
805 Third Avenue, Suite 1030
New York, NY 10022
Phone: (212)750-1103



On Feb 15, 2017, at 3:45 PM, Andrew Woods <awoods1962@gmail.com> wrote:

Thanks for the update, Saori.  I had relied on full payment of the 5213 in exchange for lowering the price to $300,000 for the second buyer.

Michelle, please let me know the limitations of the transfer amounts.

Saori, Couldn't you send me the first installment payment right away as we did on the two payments for the Patek 5539?

Thanks.

Best,


Andrew


Andrew L. Woods

4

(443) 253-4662 phone
awoods1962@gmail.com

On Feb 15, 2017, at 2:59 PM, Saori Omura (Antiquorum) <saori@antiquorum.com> wrote:
Dear Mr. Woods,

I have been notified earlier today that the client had to cancel his trip to Hong Kong but instead is going to our Shanghai office to settle his payment as early as tomorrow. As you may be aware, traditionally, there is a maximum amount one can transfer from Mainland China at a time. Due to this change of plan, it would take longer than we had expected to get the full amount to you.

I have copied Ming Kwok, my colleague from Accounting in NY on this email as well since she is more knowledgeable on financial matters than I am and she is in contact with her counterpart in Shanghai/Hong Kong regarding this transaction.

Ming and I will both be in contact with you moving forward. Of course, when we have an update, we will let you know right away.

Sincerely,

Saori

Begin forwarded message:
From: "Saori Omura (Antiquorum)" <saori@antiquorum.com>
Date: May 5, 2017 at 1:05:46 PM EDT
To: Andrew Woods <awoods1962@gmail.com>
Subject: Re: Antiquorum USA, Inc.
Dear Mr. Woods,

I was truly hoping that I could deliver a positive news by end of the week, but today, both of our Accounting staff are out and I have no way of checking if the funds are available for your payment.  I will check with them again on Monday if we have any update for you.

This issue weighs heavily on my mind every day as well and I keep reiterating to our Accounting team that we need to take care of you as soon as possible.  Despite delays, Antiquorum has always fulfilled payments to the clients, so I am hopeful that this will take place immediately when the funds are available.

Sincerely,

Saori

On May 2, 2017, at 4:56 PM, Andrew Woods <awoods1962@gmail.com> wrote:

Thanks, Saori.  I really hope this is the week I receive payment.

Best,

Andrew

Andrew L. Woods
(443) 253-4662 phone
awoods1962@gmail.com

On May 2, 2017, at 3:44 PM, Saori Omura (Antiquorum) <saori@antiquorum.com> wrote:
Dear Mr. Woods,

I have received news from our CEO that we are expecting funds some time this week, and so I hope we will have positive news as soon as this happens.

I will let you know when I have a more definitive update from him.

Sincerely,

Saori

On May 2, 2017, at 6:37 AM, Andrew Woods <awoods1962@gmail.com> wrote:

Thank you, Saori.  I'm hoping that since your company completed two successful auctions this past February and March,  there will be sufficient cash flow to pay me the $300,000 I am owed from the sale of my watch in the December 2016 auction.

I look forward to hearing from you.

Best,


Andrew


Andrew L. Woods
(443) 253-4662 phone
awoods1962@gmail.com

On May 1, 2017, at 6:46 PM, Saori Omura (Antiquorum) <saori@antiquorum.com> wrote:
I'm very sorry, Mr. Woods. I have not received any specific update today, so I will try again tomorrow to see if I can tell you something new.

Sincerely,

Saori

On May 1, 2017, at 10:06 AM, Andrew Woods <awoods1962@gmail.com> wrote:

Good morning, Saori.   I'm following up again to see if your company can make a payment to me
today.  According to your message below, your CEO thought the money would be received the week of April 11.  Would you please check on the status of my payment and let me know?

Many thanks.

Best,

Andrew

Andrew L. Woods
(443) 253-4662 phone
awoods1962@gmail.com

On Apr 11, 2017, at 5:06 PM, Saori Omura (Antiquorum) <saori@antiquorum.com> wrote:
Dear Mr. Woods,

According to our CEO, he says we are still currently waiting for the funds to reach our account, but it should come through this week. So to answer your question regarding the timing, we are most likely unable to make the payment to you tomorrow but we hope to make it happen in the next few days.

Sincerely,

Saori

On Apr 11, 2017, at 3:38 PM, Andrew Woods <awoods1962@gmail.com> wrote:

Hi Saori,

Hope you are enjoying some nice spring weather.  Could Antiquorum please make the $300,000 payment to me tomorrow?   Please let me know when you have a moment.

Thanks very much.

Best,

Andrew

Andrew L. Woods
(443) 253-4662 phone
awoods1962@gmail.com

On Apr 7, 2017, at 12:52 PM, Saori Omura (Antiquorum) <saori@antiquorum.com> wrote:
Dear Mr. Woods,

That is my understanding as per our CEO, so I hope the transfer is completed very shortly.

Best,

Saori

On Apr 7, 2017, at 11:29 AM, Andrew Woods <awoods1962@gmail.com> wrote:

Thank you.  So am I correct in understanding that the dispute with the investor has been resolved and that you are just waiting for the funds to be disbursed?

Thanks, Saori.

Best.

Andrew


Andrew L. Woods
(443) 253-4662 phone
awoods1962@gmail.com

On Apr 7, 2017, at 10:20 AM, Saori Omura (Antiquorum) <saori@antiquorum.com> wrote:
Good morning, Mr. Woods.

I just checked with our CEO and he told me that we are waiting for the funds to hit our account. So as soon as I find out from our CEO/Accounting when we can coordinate the payment to you, I will let you know right away.

Sincerely.

Saori

On Apr 7, 2017, at 12:05 AM, Andrew Woods <awoods1962@gmail.com> wrote:

Hi Saori,

I'm following up on your email of last week indicating that payment to me most likely would occur by today, April 7.   Would you please let me know if the payment will be wired today?  I appreciate your assistance very much.

Thank you.

Best.


Andrew


Andrew L. Woods
(443) 253-4662 phone
awoods1962@gmail.com

On Mar 31, 2017, at 12:20 PM, Saori Omura (Antiquorum) <saori@antiquorum.com> wrote:
Good morning, Mr. Woods.

I just heard from our CEO earlier this morning that we are near resolving this dispute with the investor, and we are most likely going to have access to the funds for your payment end of next week. I will find out about a more specific timeline next week.

I really hope this is resolved very soon.

Sincerely,

Saori

On Mar 29, 2017, at 1:19 PM, Andrew Woods <awoods1962@gmail.com> wrote:

Ok.  Thanks very much. I will keep my fingers crossed!

Best,


Andrew


Andrew L. Woods
(443) 253-4662 phone
awoods1962@gmail.com

On Mar 29, 2017, at 11:42 AM, Saori Omura (Antiquorum) <saori@antiquorum.com> wrote:
I completely understand your serious concern.

Personally, I have not been informed that we are going out of business nor heard any unofficial word about such possibility. While the current situation may be disconcerting, I am confident that Antiquorum will make the payment to you when the dispute with this investor is resolved and as soon as the funds are available.

Mr. Levine may contact you in the meantime with any update, but please know that I am here to assist you as always.

Sincerely,

Saori

On Mar 28, 2017, at 7:01 PM, Andrew Woods <awoods1962@gmail.com> wrote:

Hi Saori,

Thank you for the update.  I really appreciate it.  I am concerned that Antiquorum is going out of business since the Company does not have the cash to be able to pay me the $300,000 even though the sale of my Patek 5213 has been completed and the buyer paid for the watch.  I would continue to appreciate you sending me further updates.

Thank you again.


Andrew


Andrew L. Woods

(443) 253-4662 phone
awoods1962@gmail.com

On Mar 28, 2017, at 12:29 PM, Saori Omura (Antiquorum) <saori@antiquorum.com> wrote:
Good afternoon,

I spoke to our CEO this morning, and he said that the negotiations are still ongoing. He was unable to give me a timeline as to how long it will take to get this situation resolved. So unfortunately, as a result, we have to keep you on hold at this time.

Again, I am very sorry for this ongoing situation. But as promised, I will continue to follow up with you until your payment is taken care of.

Sincerely,

Saori

On Mar 27, 2017, at 4:28 PM, Andrew Woods <awoods1962@gmail.com> wrote:

Thank you.


Andrew


Andrew L. Woods
(443) 253-4662 phone
awoods1962@gmail.com

On Mar 27, 2017, at 4:16 PM, Saori Omura (Antiquorum) <saori@antiquorum.com> wrote:
Dear Mr. Woods,

I will see with Management/Accounting if this is possible.

Saori

On Mar 27, 2017, at 4:00 PM, Andrew Woods <awoods1962@gmail.com> wrote:

Saori,

Any news on my payment?   Can the Company make at least a partial payment?

Please let me know.

Thanks


Andrew


Andrew L. Woods

(443) 253-4662 phone
awoods1962@gmail.com

On Mar 24, 2017, at 10:28 AM, Saori Omura (Antiquorum) <saori@antiquorum.com> wrote:
Of course, will definitely let you know.

Saori


On Mar 24, 2017, at 9:32 AM, Andrew Woods <awoods1962@gmail.com> wrote:

Thanks, Saori.  I would appreciate hearing whatever you learn.

Best,


Andrew


Andrew L. Woods
(443) 253-4662 phone
awoods1962@gmail.com

On Mar 23, 2017, at 5:56 PM, Saori Omura (Antiquorum) <saori@antiquorum.com> wrote:
Dear Mr. Woods,

I haven't had any specific update this afternoon, but I have been told that the discussions are still ongoing.
I will see if I find out anything tomorrow.

Sincerely,

Saori

On Mar 23, 2017, at 4:31 PM, Andrew Woods <awoods1962@gmail.com> wrote:

Hi Saori,

I'm checking in to see if you have any new information regarding my payment of $300,000.   Please let me
know.

Thanks very much.

Best,


Andrew


Andrew L. Woods
(443) 253-4662 phone

awoods1962@gmail.com

On Mar 17, 2017, at 4:09 PM, Saori Omura (Antiquorum) <saori@antiquorum.com> wrote:
Dear Mr. Woods,

As per my conversation with our CEO, apparently we are having a dispute with one of the investors which seems to be still ongoing. Since this dispute may go on for longer, in the meantime, he is trying to secure funds from another party which is supposed to happen very soon once the agreement is reviewed by our lawyer and signed by relevant parties. He says he should have a better timeline next week.

I know this is not the answer you are waiting for, but this is as far as I can give you at the moment.
I will continue to follow up with him next week and until your payment is made.

Sincerely,

Saori

On Mar 16, 2017, at 7:50 PM, Andrew Woods <awoods1962@gmail.com> wrote:

Hi Saori,

Thank you for taking my call today.  Below are the emails I have received from the attorney for Antiquorum.

I appreciate you speaking with your CEO tomorrow.   I am interested to know if your company has an idea as to when the $300,000 payment will be made to me for the sale of my Patek 5213.

Thanks again for your time.

Best,


Andrew


Andrew L. Woods
(443) 253-4662 phone
awoods1962@gmail.com

your