# EXHIBIT 4

 Baxter, Baker, Sidle, Conn & Jones, P.A.
Attorneys at Law

| Baltimore Office | 410-230-3800 | Annapolis Office |
| --- | --- | --- |
| 120 E. Baltimore Street | Suite 2100 | 410-230-3801 Fax | 191 Main Street | 3rd Floor |
| Baltimore, Maryland 21202 | www.bbsclaw.com | Annapolis, MD 21401 |

April 21, 2017

Michael Levine, Esq.
Levine & Associates, P.C.
15 Barclay Road
Scarsdale, NY 10583

    **RE: Andrew Woods' Patek Philippe Watch #5213**

Dear Mr. Levine:

  Please consider this letter a formal demand for the payment of the sale proceeds due as a result of the sale of Mr. Woods' Patek Philippe Watch #5213 on December 8, 2016.

  On October 3, 2016, your client, Antiquorum USA, Inc., entered into a Consignment Agreement with Mr. Woods which detailed the obligations of both Mr. Woods as the Consignor and Antiquorum USA, Inc. as the consignee. Specifically, on October 3, 2016, Mr. Woods entrusted to you his Patek Philippe Watch #5213 under the protection of the Consignment Agreement. On December 8, 2016, pursuant to the terms of the Consignment Agreement, your client sold the property to a purchaser.

  The Consignment Agreement provides as follows:

> 1.8   Statement of Account:  Payment of Sale Proceeds.
> Antiquorum shall prepare a statement detailing the Property that was sold and /or not sold, within 14 days of the date of auction and/or private treaty. If the statement shows a balance in favor of the Consignor, assuming Antiquorum has received full payment from the purchaser of the Property, then Antiquorum shall pay the balance due to the Consignor beginning 40 days after the date of the sale of the auction and/or private treaty. The Consignor hereby acknowledges that the payment to Consignor maybe delayed in the event of delay settling the purchaser's account. If the statement of account shows a balance in favor of Antiquorum, the Consignor shall pay the balance due to Antiquorum within 14 days after the date of auction and/or private treaty. To the extent that a payment hereunder is to be made in any currency other than currency agreed upon in the consignment agreement, such payment shall be

Michael Levine, Esq.
April 21, 2017
Page 2

---

calculated using the exchange rate published by the bank designated by Antiquorum on the day of the auction.

As of April 20, 2017, it has been 133 days since Antiquorum sold Mr. Woods' property. Despite the passage of time, Mr. Woods has yet to receive any of the proceeds of the sale. As the Consignment Agreement clearly states, these proceeds were due and owing as of January 17, 2017. Mr. Woods has been more than patient in affording your client a more than 90 days grace period.

If full payment of the proceeds from the sale of Mr. Woods' property is not received within 10 days of the date of this letter, Mr. Woods will be forced to file suit. We would like to work this out amicably without court intervention. Please contact me at your earliest convenience so that we can avoid involving the court.

Very truly yours,

*Gary Jones*

Gary R. Jones

GRJ/mjr